```
 1  Kent F. Larsen, Esq.
    Nevada Bar No. 3436
 2  Katie M. Weber, Esq.
    Nevada Bar No. 11736
 3  SMITH LARSEN & WIXOM
 4  Hills Center Business Park
    1935 Village Center Circle
 5  Las Vegas, Nevada 89134
    Tel:   (702) 252-5002
 6  Fax:   (702) 252-5006
 7  Email: kfl@slwlaw.com
           kw@slwlaw.com
 8  Attorneys for Defendants
    JPMorgan Chase Bank, N.A., as an
 9  acquirer of certain assets and liabilities
    of Washington Mutual Bank, F.A. from
10  the FDIC, acting as receiver (improperly
    named as JPMorgan Chase & Company), and
11  California Reconveyance Company
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KHADISHA TAYLOR-CASILLAS, | ) | CASE NO.  2:11-cv-01611-JCM-RJJ |
| Plaintiff, | ) | |
| v. | ) | |
| JPMORGAN CHASE & COMPANY, a Washington corporation; CALIFORNIA RECONVEYANCE COMPANY, a California Company; MORTGAGE ELECTRONIC REGISTRATION SERVICES (MERS); DOES I-X, inclusive; and ROE CORPS I-X, inclusive, | ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | ) | |

Defendants JPMorgan Chase Bank, N.A., as an acquirer of certain assets and liabilities of Washington Mutual Bank, F.A. from the Federal Deposit Insurance Corporation, acting as receiver (improperly named as JPMorgan Chase & Company) ("Chase"), and California Reconveyance Company ("CRC") (collectively, "Defendants"), and Plaintiff Khadisha

Taylor-Casillas, by and through their respective counsel, hereby stipulate and agree as follows:

1. The within Complaint shall be dismissed with prejudice as against Defendants, with the parties to bear their own attorneys' fees and costs of suit.

2. Inasmuch as this action is being dismissed as against all named defendants, it shall be deemed CLOSED.

3. Nothing in this Order, or the relief granted herein, shall be construed or deemed to alter, affect, limit, waive, or restrict the rights of Defendants (or any of their affiliates, predecessors, successors, and assigns) relating to the subject property and/or any mortgage, security interest, or foreclosure relating to the subject property.

DATED this 29 day of March, 2012.

SMITH LARSEN & WIXOM

/s/ Kent F. Larsen

Kent F. Larsen, Esq.
Nevada Bar No. 3436
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
JPMorgan Chase Bank, N.A., as an acquirer of certain assets and liabilities of Washington Mutual Bank, FA from the FDIC, acting as receiver; and California Reconveyance Company

DATED this ___ day of March, 2012.

LAW OFFICES OF CROSBY & ASSOCIATES

See attached signature page

David M. Crosby, Esq.
Nevada Bar No. 3499
711 South Eighth Street
Las Vegas, NV 89101
Attorneys for Plaintiff

IT IS SO ORDERED:

/s/ James C. Mahan

UNITED STATES DISTRICT JUDGE

DATED: April 3, 2012

Taylor-Casillas, by and through their respective counsel, hereby stipulate and agree as follows:

1. The within Complaint shall be dismissed with prejudice as against Defendants, with the parties to bear their own attorneys' fees and costs of suit.

2. Inasmuch as this action is being dismissed as against all named defendants, it shall be deemed CLOSED.

3. Nothing in this Order, or the relief granted herein, shall be construed or deemed to alter, affect, limit, waive, or restrict the rights of Defendants (or any of their affiliates, predecessors, successors, and assigns) relating to the subject property and/or any mortgage, security interest, or foreclosure relating to the subject property.

DATED this ___ day of March, 2012.

SMITH LARSEN & WIXOM

see attached signature page
_____
Kent F. Larsen, Esq.
Nevada Bar No. 3436
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
JPMorgan Chase Bank, N.A., as an acquirer of certain assets and liabilities of Washington Mutual Bank, FA from the FDIC, acting as receiver; and California Reconveyance Company

DATED this 27 day of March, 2012.

LAW OFFICES OF CROSBY & ASSOCIATES

_____
David M. Crosby, Esq.
Nevada Bar No. 3499
711 South Eighth Street
Las Vegas, NV 89101
Attorneys for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____